**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PAUL McKINNEY,

    Plaintiff,

v.                                          CASE NO. 3:05-cv-351-J-HTS

JO ANNE BARNHART,
Commissioner of the Social
Security Administration,

    Defendant.

### O R D E R

This cause is before the Court on Plaintiff's Petition for Attorney Fees (Doc. #26; Petition), filed on August 9, 2006. It is represented Defendant has no objection to the amount sought in the Petition. Petition ¶ 8.

A total of 21.1 hours were expended in the representation of Plaintiff before the Court in 2005 and 2006. *See id.* ¶ 6; Affidavit of Plaintiff's Counsel (Affidavit), attached to the Petition, ¶ 2; Itemization of Services Rendered, attached to the Petition (detailing 4.1 hours); Hours Spent by Attorney Martin Cohen Researching and Writing McKinney's Brief, attached to the Petition (detailing 17.0 hours). Plaintiff seeks a total payment of $2,637.25 in fees. Petition ¶¶ 6, 8; Affidavit ¶¶ 2, 6. This is based on an hourly rate of $125.00. Petition ¶ 6; Affidavit at ¶¶ 2, 4.

Having reviewed the Petition and case file herein, the Court finds Plaintiff satisfies the statutory requirements for an award of fees. *See* 28 U.S.C. § 2412(d). Thus, in light of the parties' agreement, Plaintiff may reasonably be awarded $2,637.25 in attorney fees.

Accordingly, the Petition (Doc. #26) is **GRANTED** and the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney fees in the amount of $2,637.25.

**DONE AND ORDERED** at Jacksonville, Florida this 10th day of August, 2006.

/s/       Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    *pro se* parties, if any